UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:

Julie Anne Snyder

Case No. 1-16-40276-nhl

Chapter 13

Hon. Nancy Hershey Lord

---------------------------------------------------------------------X

## NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

**To:** All parties on the attached Service List

**PLEASE TAKE NOTICE**, that Julie Anne Snyder, the Debtor in the within Chapter 13 matter, hereby requests that the Court convert the within case from a case under Chapter 13 of the Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. §1307.

**PLEASE TAKE FURTHER NOTICE** that the Debtor shall rely on the Declaration of Scott J. Goldstein in support of this request.

**PLEASE TAKE NOTICE** that, pursuant to EDNY LBR 9013-1(c), a proposed order setting forth the relief requested is being filed contemporaneously herewith.

                ALLEN CHERN, LLC

           By: /s/Scott J. Goldstein
              Scott J. Goldstein, Esq. (SG1837)
              280 West Main Street
              Denville, New Jersey 07834
              Phone: (973) 453-2838
              Facsimile: (973) 453-2869
              sjg@uprightlaw.com
              Attorney for Debtors

Dated: December 5, 2016

**SERVICE LIST**

Marianne DeRosa
Chapter 13 Trustee
115 Eileen Way, Suite 105
Syosset, New York 11791

530 Parkside, LLC
530 Parkside Ave
Brooklyn, NY 11226

Aes/wells Fargo
Pob 61047
Harrisburg, PA 17106

Capital One Bank USA NA
15000 Capital One Dr
Richmond, VA 23238

Efs Finance
900 Equitable Building
Des Moines, IA 50309

Internal Revenue Service
PO Box 37008
Hartford, CT 06176-7008

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

Julia Covert
3 JT Blvd
Binghamton, NY 13905

Kucker & Bruh, LLC
747 Third Ave
New York, NY 10017

Merrick Bank
Po Box 9201
Old Bethpage, NY 11804

Meyers Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234

Navient
Po Box 9655
Wilkes-barre, PA 18773

NYS Dept of Tax & Finance
Division of Treasury
PO Box 22119
Albany, NY 12201-2119

R. Saxton & A. Hackert
3620 Quentin Rd.
Brooklyn, NY 11234