UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

**In re:**

Julie Anne Snyder

Case No. 1-16-40276-nhl

Chapter 13

Hon. Nancy Hershey Lord

-------------------------------------------------------------------X

**DECLARATION OF SCOTT J. GOLDSTEIN, ESQ. IN SUPPORT OF NOTICE OF CONVERSION**

SCOTT J. GOLDSTEIN, Esq., of full age and pursuant to 28 U.S.C. §1748 declares as follows under penalty of perjury:

1. I am an attorney at law of the state of New York, admitted to practice before this Court. I am a member of the law firm of Allen Chern, LLC.

2. I am the attorney with primary responsibility for the within matter, and, as such I have personal knowledge of the facts set forth in this declaration, which I make in support of the Debtor's Notice of Voluntary Conversion to Chapter 7.

3. As counsel and on behalf of the Debtor, I filed the within case on January 24, 2016.

4. At the time of filing, the Debtor's Plan contemplated a payment of $975 per month to the Trustee, with an eventual Plan payout of 78% to the Debtor's unsecured creditors.

5. The Plan was subsequently amended to $675 per month.

6. The Debtor has advised that she has since suffered a setback in finances, making the Debtor unable to continue in Chapter 13.

7. The Debtor is currently somewhat in arrears of her Chapter 13 payments and will be unable to confirm or proceed with this case as her income is no longer sufficient to make any payments and maintain a bare minimum lifestyle.

8. This Notice is not being filed with the intent to delay or otherwise hinder the Debtor's creditors or to prejudice any party hereto.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND INFORMATION.  I UNDERSTAND THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULL FALSE, I AM SUBJECT TO PUNISHMENT UNDER PENALTIES OF PERJURY.

By: /s/Scott J. Goldstein
Scott J. Goldstein, Esq. (SG1837)
280 West Main Street
Denville, New Jersey 07834
Phone: (973) 453-2838
Facsimile: (973) 453-2869
sjg@sgoldsteinlaw.com
Attorney for Debtors

Dated: December 5, 2016