UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

**In re:**

Julie Ann Snyder

Case No. 1-16-40276-NHL

Chapter 13

Hon. Nancy Hershey Lord

-------------------------------------------------------------------x

**ORDER CONVERTING CASE UNDER CHAPTER 7
TO A CASE UNDER CHAPTER 13**

UPON the Notice of Voluntary Conversion of the above-named debtor(s) (the "Debtor(s)"), for entry of an order pursuant to 11 U.S.C. §1307(a) and Rule 1019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), converting her case commenced under Chapter 7 of the Bankruptcy Code to a case under Chapter 7; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that this Chapter 13 case is hereby converted to a case under Chapter 7; and it is further

ORDERED, that within thirty (30) days of the date of entry of this Order, the Chapter 13 Trustee shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case and any request for administrative costs, pursuant to Bankruptcy Rule 1019(5)(B); and it is further ORDERED, that the Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, pursuant to Bankruptcy Rule 1019(4); and it is further

ORDERED, that the Debtor(s) shall file with this Court the required Chapter 7 schedules and statements and Plan required by the Federal Rules of Bankruptcy Procedures and the E.D.N.Y. Local Bankruptcy Rules; and it is further

ORDERED, that within seven (7) days of the date of entry of this Order, the Debtor shall serve a copy of this Order upon the Chapter 7 Trustee, the Office of the United States Trustee, and all parties that filed notices of appearance in this case.